IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 5:14-cr-0037-RS

BENJAMIN P. WALSH,

    Defendant.

_____/

## ORDER

Before me is Defendant's Motion to Proceed in Forma Pauperis (Doc. 8), which I construe as a motion to have the court pay the costs of the transcript, and Defendant's Motion for More Time to Submit Transcript (Doc. 9).

28 U.S.C. § 753(f) provides that "Fees for transcripts furnished in other proceedings to persons permitted to appeal in forma pauperis shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)."

I have already decided, by allowing Defendant to proceed in forma pauperis, that his appeal is not frivolous. However, the appropriate inquiry now is whether Defendant's appeal presents a substantial question. *Everett v. Marianna Police Dep't*, 391 F. App'x 846, 846 (11th Cir. 2010).

Defendant, in his motion, has not stated any reasons explaining why his appeal presents a substantial question. His motion is therefore denied without prejudice, with leave to refile. When refiling, Defendant should explain in detail the arguments he intends to raise on appeal and explain how the appeal presents a substantial question of law that justifies a transcript provided at taxpayer expense.

Defendant's Motion to Proceed in Forma Pauperis (Doc. 8) is **DENIED WITHOUT PREJUDICE.** Defendant has leave to refile such a motion not later than February 17, 2015.

The relief requested in Defendant's Motion for More Time to Submit Transcript (Doc. 9) is **GRANTED.** Defendant shall file a transcript with the court not later than March 5, 2015.

**ORDERED** on February 5, 2015.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**